# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

RACHEL PERILLO

Tel: (212) 571-5500
Fax: (212) 571-5507

December 5, 2019

BY ECF
Hon. Sidney Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/19

Re: USA v. Jerome Ortiz
13 Cr 836 (SHS)

Dear Judge Stein:

**MEMO ENDORSED**

Without objection from the government, by AUSA Joshua Naftalis, I write seeking a one week extension of the due date for the defense sentencing submission in this matter. Presently, Mr. Ortiz's sentencing is scheduled for January 7, 2020, with the defense submission due December 9, 2019, and the government submission due December 23, 2019.

I respectfully seek a one week extension of the defense submission deadline to December 16, 2019 because I am still awaiting letters and documents from the defendant's family, which are necessary for sentencing. My office has conferred with AUSA Naftalis who consents to defense counsel's request, and further indicates the government will file its submission by its current deadline of December 23. For these reasons, neither party seeks to postpone the presently scheduled sentencing date of January 7, 2020.

Respectfully submitted,

Robert A. Soloway

cc: Joshua Naftalis
    *Assistant United States Attorney*

SO ORDERED 12/6/19

SIDNEY H. STEIN
U.S.D.J.