```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  1/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA,  :   13-Cr-836 (SHS)

    -v-  :

JEROME ORTIZ,  :   ORDER

           Defendant.  :

-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      The Court having granted the government's motion to (1) vacate defendant's conviction as to Count 2, and (2) vacate the sentence as to Count 1 and resentence the defendant as to Count 1, and defendant having been resentenced on Count One today,

      IT IS HEREBY ORDERED that if the defendant has paid the $200 special assessment imposed at the sentencing on July 31, 2014, the Clerk of Court is directed to return $100 to defendant.

Dated: New York, New York
       January 7, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.